**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

——————————————————————— x

JOHN T. CORPAC, an individual; on behalf of
himself and all others similarly situated,

                  Plaintiffs,

        vs.

RUBIN & ROTHMAN, LLC, a New York
Limited Liability Company; and JOHN AND
JANE DOES NUMBERS 1 THROUGH 25,

                  Defendants.

——————————————————————— x

CASE NO.:  2:10-cv-04165-ADS-ETB

**CLERK'S CERTIFICATE**

        I, ROBERT C. HEINEMANN, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that the docket entries in the above entitled action indicate that the First Amended Class Action Complaint herein [Doc. 5] was filed on October 15, 2010, and that Defendant, RUBIN & ROTHMAN, LLC was served with the Summons and said Complaint pursuant to Rule 4(h)(l) of the Federal Rules of Civil Procedure on October 18, 2010, with the Summons and proofs of service filed on November 15, 2010 [Doc. 6].

        I further certify that a review of the docket entries indicates that Defendant, RUBIN & ROTHMAN, LLC, has not filed an Answer to the Complaint First Amended Class Action Complaint herein [Doc. 5] nor otherwise moved with respect thereto, and that the time to answer said Complaint or to so move has expired. The default of the Defendant, RUBIN & ROTHMAN, LLC, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  Central Islip, New York
           December ____, 2010

                                   **ROBERT C. HEINEMANN**
                                   **CLERK OF THE COURT**

                        By:  _____
                                   Deputy Clerk