# Law Office of William F. Horn
188-01B 71st Crescent
Fresh Meadows, New York 11365
Telephone: 718.785.0543
Facsimile: 866.596.9003
bill@wfhlegal.com

October 26, 2011

Hon. Arthur D. Spatt, U.S.D.J.
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

> **RE:   *John T. Corpac, et al. v. Rubin & Rothman, LLC***
> U.S. District Court, E.D.N.Y. Case No. 2:10-CV-04165-ADS-ETB

Dear Judge Spatt,

I am counsel for the Plaintiff in the referenced matter. On behalf of the parties in this action, I am writing pursuant to Your Honor's directive of October 17, 2011 by which the parties are to update the Court on the status of this case no later than today.

I am pleased to inform the Court that confirmatory discovery is being completed. The parties now request that Your Honor provide us with a 45-day time period in which to file a motion for class certification and its attendant documents.

Very truly yours,

William F. Horn
*via ECF Filing Only*
cc:     Keith H. Rothman, Esq. *via e-mail*
        Joseph Latona, Esq. *via email*