**ROBERT L. ARLEO, ESQ.**
164 Sunset Park Road
Haines Falls, New York 12436

Telephone: (518) 589-1016                                                        Fax: (518) 751-1801
Email: r.arleo@verizon.net

December 22, 2011

Honorable Arthur D. Spatt
District Judge, United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, New York   11722

                    Re:  Corpac v. Rubin & Rothman, LLC
                         Case No. 10-cv-04165

Dear Judge Spatt:

   This correspondence shall serve to confirm that I have been retained to act as Lead Counsel for the Defendant, Rubin & Rothman, LLC. For the reasons set forth below I request that Your Honor allow an extension until Monday, January 16, 2012 for the Plaintiff to file his motion for preliminary approval of the class settlement agreement entered into by the parties.

    Bill Horn, plaintiff's counsel, has advised me that he requires further documentation from my client before he can file plaintiff's motion for class certification. Furthermore, I need a short period of time to "get up to speed" concerning the events which have occurred to date in regard to the above-entitled action. Importantly, Bill and I share an excellent professional working relationship so we anticipate that we can meet the requested extension as set forth above.

   Thank you for your attention herein.

                                                        Respectfully submitted,

                                                        /  s  /  *Robert L. Arleo*

                                                        Robert L. Arleo

RLA:gra

cc:  Rubin & Rothman, LLC
     William F. Horn, Esq.