UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

JOHN T. CORPAC, an individual; on behalf of himself and all others similarly situated,

                     Plaintiffs,

      vs.

RUBIN & ROTHMAN, LLC., a New York Limited Liability Company; and JOHN AND JANE DOES NUMBERS 1 THROUGH 25,

                     Defendants.

---------------------------------------------------------------x

CASE NO.: 2:10-cv-04165-ADS-ETB

**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AGREEMENT**

**PLEASE TAKE NOTICE THAT** upon this Notice of Motion, JOHN T. CORPAC, individually, and all others similarly situated, and Defendant, RUBIN & ROTHMAN, LLC, by and through their undersigned counsel, will move this Honorable Court, at a date and time to be determined by the Court, at the United States Court House, 100 Federal Plaza, Courtroom 1020, Central Islip, New York 11722, for an Order certifying this case to proceed as a class action. Specifically, the Parties will move this Court pursuant to Fed. R. Civ. P. 23, for an Order certifying this case to proceed as a class action.

Respectfully submitted this 16th Day of January 2012.

| | |
|---|---|
| **Attorneys for Defendant:** | **Attorneys for Plaintiff:** |
| LAW OFFICE OF ROBERT L. ARLEO | LAW OFFICE OF WILLIAM F. HORN |
| | |
| *s/ Robert L. Arleo* | *s/ William F. Horn* |
| Robert L. Arleo, Esq. | William F. Horn, Esq. |
| 164 Sunset Park Road | 188-01B 71st Crescent |
| Haines Falls, NY 12436 | Fresh Meadows, NY 11365 |
| Telephone: (518) 589-1016 | Telephone: (718) 785-0543 |
| Facsimile: (518) 751-1801 | Facsimile: (866) 596-9003 |
| E-Mail: r.arleo@verizon.net | E-Mail: bill@wfhlegal.com |