UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

JOHN T. CORPAC, an individual; on behalf of himself and all others similarly situated,

                Plaintiffs,

      vs.

RUBIN & ROTHMAN, LLC, a New York Limited Liability Company; and JOHN AND JANE DOES NUMBERS 1 THROUGH 25,

                Defendants.
----------------------------------------------------------x

CASE NO.: 2:10-cv-04165-ADS-ETB

**CERTIFICATE OF SERVICE**

      I, William F. Horn, being duly admitted to practice law in the State of New York and in the United States District Court for the Eastern District of New York, hereby affirm under the penalties of perjury that on January 16, 2012, I served the within documents and all supporting papers on the Clerk of this Court using the CM/ECF system. I also certify that the foregoing documents are being served this day on all counsel of record and Parties to this action in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/EFC or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

DATED:      Fresh Meadows, New York
                   January 16, 2012

                                            *s/ William F. Horn*
                                            WILLIAM F. HORN, ESQ. (WH-1070)