

# State of New York

COUNTY OF NEW YORK  | SS:

0000038152-01    _Lisa Modica_ being duly sworn,

says that he/she is the principal Clerk of the Publisher of the

## New York Post

a daily newspaper of general circulation printed and published in the English language, in the County of New York, State of New York; that advertisement hereto annexed has been regularly published in the said "New York Post" once,

on the 14th of April, 2012

_Lisa Modica_

Sworn to before me on this ___ day of _April_, 2012

BYRON STEVENS
Notary Public, State of New York
No. 01ST6117803
Qualified in New York County
Commission Expires November 1, 2012

**Notary Public**