# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg (Admitted in NY & CA)　　　　　　　　　　　　　40 Exchange Place, Suite 2010
Peter T. Lane, Associate (Admitted in NY & MA)　　　　　　　　　　New York, NY 10005
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Phone: (212) 248-7906
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax:　 (212) 248-7908

August 24, 2010

Via ECF & First Class Mail
Honorable Michael L. Orenstein, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:　*Richard Gravina, et al. v. National Enterprise Systems, Inc., et al.*
　　　Case. No.: 09-cv-2942 (JFB)(MLO)

Dear Judge Orenstein:

　　　My office, together with co-counsel, represents the plaintiffs in two statewide class actions pending in the federal district courts in Florida: *Capote et. al. v. National Enterprise Systems, Inc.*, Case No.: 0:2010-cv-61140 (S.D.Fla.), and *Dawson v. National Enterprise Systems, Inc.*, Case No.: 6:2010-cv-1048-Orl-28GJK (M.D.Fla.). The attorneys for both parties in this case–*Gravina v. National Enterprise Systems, Inc.*–have recently advised this Court that they propose to settle as a no-notice nationwide class under Fed.R.Civ.P. 23(b)(2) that will wipe out the ability to certify a class action anywhere in the nation in exchange for a token *cy pres* payment, a payoff to Richard Gravina and the other named plaintiffs, and attorney fees to his counsel.

　　　My review of the court docket shows that a settlement conference is scheduled for September 14, 2010, before Your Honor. I am writing to advise that within the next two weeks, my colleagues and I plan on filing a motion to intervene in order to object to the proposed settlement. Accordingly, I request that any further settlement discussions should be held in abeyance until my colleagues and I have been granted leave to intervene on behalf of our Florida clients.

　　　Thank you for your attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　　　　　Brian L. Bromberg

cc:   Honorable Joseph F. Bianco, U.S.D.J. (Via ECF & First Class Mail)
      Robert L. Arleo, Esq. (Via ECF)
      Arthur Sanders (Via ECF)
      Scott Wortman, Esq. (Via ECF)
      O. Randolph Bragg, Esq. (Via Email: rand@horwitzlaw.com)
      Donald E. Petersen (Via Email: Petersen221@yahoo.com)
      Donald A. Yarbrough (Via Email: donyarbrough@mindspring.com)