***ROBERT L. ARLEO, ESQ.***
164 Sunset Park Road
Haines Falls, New York 12436

Telephone: (518) 589-1016               Fax: (518) 751-1801
Email: r.arleo@verizon.net

COURTESY COPY
ORIGINAL FILED VIA ECF

July 28, 2012

Honorable Arthur D. Spatt
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York   11722-9014

        Re:  Corpac v. Rubin & Rothman, LLC et al.
            10-cv-4165

Dear District Judge Spatt:

   I am corresponding in regard to the Declaration of Objector's Attorney Brian L. Bromberg in Opposition to Referring Mr. Bromberg and His Co-counsel , Matthew Shedler To the Chief Judge for Disciplinary Proceedings, and in Support of Referring William F. Horn to The Chief Judge for Disciplinary Proceedings (hereinafter "The Bromberg Declaration")(Dkt. No. 40.)

   The Bromberg Declaration was submitted in response to the Order to Show Cause issued by Your Honor (Dkt. No. 36.). Paragraphs 14, 15, 16 and 17 of The Bromberg Declaration all contain statements which are improper and otherwise exceed the scope of the response required by Mr. Bromberg in conjunction with Your Honor's Order to Show Cause. Via said paragraphs Mr. Bromberg is improperly attempting to; a) argue the alleged merits of the objection advanced by his client, objector Patrick Sejour, and; b) continue to set forth an allegation of conflict of interest which has been clearly refuted by both facts submitted on the record to date and as a matter of law via law submitted on the record to date.

    Based upon the foregoing I am forced to move Your Honor herein to strike paragraphs 14, 15, 16, and 17 of The Bromberg Declaration. If Your Honor will not strike these paragraphs then I request for permission to file papers to describe both the factual basis and the legal basis which proves that The Bromberg Declaration has improperly exceeded the breadth of Your Honor's Order to Show Cause and otherwise contains therein arguments which are both factually and legally baseless.

2

                Respectfully submitted,

                / s / *Robert L. Arleo*

                Robert L. Arleo

RLA:gra
cc: William F. Horn, Esq. via email
    Brian Bromberg, Esq. via email
    Matthew Schedler, Esq. via email

Case 2:10-cv-04165-ADS-ETB   Document 43   Filed 07/28/12   Page 3 of 3 PageID #: 328