UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x    10-CV-4165 (ADS)(ETB)

JOHN T. CORPAC, an individual; on behalf
of himself and all others similarly situated,

              Plaintiffs

           -against-                           NOTICE OF CHANGE OF
                                                     LAW OFFICE ADDRESS

RUBIN & ROTHMAN, LLC, a New York
Limited Liability Company; and JOHN AND
JANE DOES NUMBERS 1 through 25,

              Defendants

-----------------------------------------------------------x

TO: CLERK OF THE COURT:

   PLEASE TAKE NOTICE that the undersigned counsel for the Defendant has relocated his law office from 164 Sunset Park Road Haines Falls, New York 12436 to 380 Lexington Avenue, 17th Floor, New York, New York 10004.

DATED: New York, New York
             August 18, 2012

                                                     / s / _Robert L. Arleo_ __
                                                     ROBERT L. ARLEO, ESQ.
                                                     Attorney for the Defendant
                                                     380 Lexington Avenue
                                                     17th Floor
                                                     New York, New York  10168
                                                     (212) 551-1115