UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN T. CORPAC, an individual; on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RUBIN & ROTHMAN, LLC, a New York Limited Liability Company; and JOHN AND JANE DOES NUMBERS 1 THROUGH 25,<br><br>Defendants. | No. 10-CV-4165 (ADS)(ETB) |

**Declaration of Brian L. Bromberg in Further Support of
Patrick Sejour's Objections and Motion to Intervene**

Under 28 U.S.C. § 1746, I, Brian L. Bromberg, do hereby declare under penalty of perjury, that the following is true and correct:

1. I am a principal of the Bromberg Law Office, P.C.

2. I am submitting this declaration in support of the memorandum of law in further support of Patrick Sejour's objection and motion to intervene.

3. I am attaching as <u>Exhibit 1</u> a copy of the settlement agreement in *Gravina v. United Collection Bureau*, EDNY Case No. 09-cv-4816(LDW)(AKT).

4. I am attaching as <u>Exhibit 2</u> a copy of the Transcript of Proceedings before the Honorable Arthur D. Spatt, U.S.D.J. in the June 25, 2012 fairness hearing in this case.

5. I am attaching as <u>Exhibit 3</u> a copy of the Notice of Voluntary Withdrawal of Robert L. Arleo as Counsel, filed January 18, 2012, in *Kavalin v. Global Credit*, 10-cv-0314(JTC) (W.D.N.Y.) (ECF #60).

1

6. I am attaching as Exhibit 4 a copy of the Notice of Voluntary Withdrawal of Robert L. Arleo as Counsel, filed January 18, 2012, in *Gravina v. Nationwide Enterprise Systems*, 09-cv-2942(JFB)(GRB) (E.D.N.Y.) (ECF #95).

7. I am attaching as Exhibit 5 a copy of the Notice of Voluntary Withdrawal of Robert L. Arleo as Counsel, filed January 18, 2012, in *Kavalin v. CR-One Solutions, Inc.*, 11-cv-0006(WMS)(HBS) (ECF #42).

8. I am attaching as Exhibit 6 a copy of the Notice of Voluntary Withdrawal of Robert L. Arleo as Counsel, filed January 18, 2012, in *Harb v. Northstar Location Services, LLC*, 11-cv-0253(JJM) (W.D.N.Y.) (ECF #27).

9. I am attaching as Exhibit 7 a copy of the Joint Motion for Final Approval of Class Action Settlement in *Capote v. National Enterprise Systems, Inc.*, SDFL Case No. 10-61140-CIV and *Dawson v. National Enterprise Systems, Inc.*, SDFL Case No. 11-20264-CIV.

10. I am attaching as Exhibit 8 a copy of the Stipulation of Settlement in *Gravina v. Nationwide Enterprise Systems*, 09-cv-2942(JFB)(GRB) (E.D.N.Y.).

11. I am attaching as Exhibit 9 a copy of the Amended Final Approval Order in *Eckhaus v. Nature's Pillows*, EDNY Case No. 06-cv-985(FB)(KAM).

Dated: New York, New York
August 23, 2012

/s/ Brian L. Bromberg
Brian L. Bromberg