# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg (Admitted in NY & CA)
Michael N. Litrownik, Associate (Admitted in NY & MA)

40 Exchange Place, Suite 2010
New York, NY 10005
Phone: (212) 248-7906
Fax:   (212) 248-7908

August 27, 2012

<u>Via ECF & First Class Mail</u>
Honorable Arthur D. Spatt, U.S.D.J.
U.S. District Court, Eastern District of New York
1020 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722

    Re:    <u>Corpac v. Rubin & Rothman, LLC</u>, No. 10-cv-4165 (ADS)(ETB)

Dear Judge Spatt:

My office, together with CAMBA Legal Services, Inc., represents Patrick Sejour, a class member in the above-referenced class action filed under the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.*

I am writing to respond to the letter filed today by Robert Arleo, Esq. (ECF# 48), in which he requests a hearing concerning (a) his conflict of interest with William F. Horn, Esq., and (b) the fact that I stand by my characterization, made to Judge Bianco in 2010, of the no-notice nationwide settlement of the FDCPA class action in *Gravina v. Nationwide Enterprise Systems*.

Mr. Arleo is making his letter-motion to distract the Court from the problems with his settlement with Mr. Horn and the problems that conflict out Mr. Horn from representing the class. Mr. Arleo will have an opportunity to respond at length to Mr. Sejour's brief by September 7, 2012, as set forth in the Court's Order (ECF# 36). For Mr. Arleo to crowd up the docket with countless letter-motions and asides – as he has done here – is an abuse of the Court system.

In addition, Mr. Arleo apparently intends to continue raising my letter to Judge Bianco two years ago in an attempt to paper over Mr. Horn's conflict of interest and the defamatory claims by Mr. Horn that my co-counsel and I have engaged in illegal "kickbacks." If Mr. Arleo had any good-faith objections about my letter from 2010, he should have raised them two years ago before Judge Bianco. Moreover, in an apparent attempt to mislead this Court, Mr. Arleo fails to quote the *full* definition from *Merriam-Webster* and intentionally *misquotes* the section he does quote. *See* http://www.merriam-webster.com/dictionary/payoff.

Respectfully,

*/s/ Brian L. Bromberg*
Brian L. Bromberg
cc:    William F. Horn, Esq. (Via ECF)
        Robert L. Arleo, Esq. (Via ECF)
        Joseph Latona, Esq. (Via ECF)
        Matthew Schedler, Esq. (Via ECF)

## Certificate of Service

I, Brian L. Bromberg, an attorney, hereby certify that on August 27, 2012, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

William F. Horn, Esq.
Robert L. Arleo, Esq.
Joseph Latona, Esq.
Matthew Schedler, Esq.

Dated: August 27, 2012

/s/ Brian L. Bromberg
Brian L. Bromberg

Brian L. Bromberg
Bromberg Law Office, P.C.
40 Exchange Place, Suite 2010
New York, NY 10005