Exhibit "A"

**LARSEN AVR GROUP**    Home    Our Leadership    Contact Us    Case Histories

**Internal Corporate Investigations**
When allegations about the business practices of individuals within companies arise, Larsen AVR Group, Inc. is frequently retained to investigate in order to minimize the client company's vulnerability as well as to assist in determining whether legal action is warranted.

**Select Internal Corporate Investigation Assignments**

- **Allegations regarding kickbacks and an ownership interest in company vendors.** One case involved a relatively small company that provided shipping supplies to major corporations. Allegations arose that an officer of the company was making purchases from vendors of computer-related products who were paying him kickbacks in return. Moreover, the allegations also suggested that this officer might have had an ownership interest in one or more of these vendors. Larsen AVR Group was engaged to investigate the background of several individuals and companies in the client company records. Our investigations uncovered that one of the vendors was not even properly registered as a business entity, and that there were significant questions about the ownership of several other vendors. When confronted with the allegations and the results of our investigations, the company officer promptly resigned his position with our client.

- **Allegations of kickbacks and payoffs made to high-ranking management officials.** Larsen AVR Group was retained by a major international retailer to investigate allegations relating to kickbacks and payoffs made to high-ranking management officials of the client company. The initial phase of our investigation confirmed that management of a division of our client company did indeed receive "perks" from vendors that were retained to perform cleaning and repair functions. Our investigation also discovered that, unbeknownst to our client company, it had contracted with a vendor that was managed and substantially owned by an individual who had pled guilty in two separate Federal Courts of crimes relating to bribing company and union officials, as well as in another Federal case alleging loan fraud-related violations. Moreover, we uncovered the fact that the individual in question was also an associate of several major east coast organized crime figures who were on his payroll as "ghost employees."

- **Allegations of the altering and diversion of checks issued to vendors.** A major health care organization that was experiencing the altering and diversion of numerous checks it had issued to vendors retained Larsen AVR Group to investigate. We traced the checks to an individual and, through him, identified an employee of our client who worked in the mailroom and was diverting outgoing checks to a gang who specialized in altering checks. We also identified other victim companies and notified those companies of the problem. Subsequently, two other health care clients retained Larsen AVR Group to investigate the compromise of member information and the use of that information in perpetrating Medicare fraud. In one case, we interviewed 70 client company employees and were able to identify the probable source of the compromised information. We also discovered that a high-ranking official of our client, who was also a key suspect in our investigation, had previously been convicted of murder.

© 2006 Larsen AVR Group INC

Created and Maintained by



Doc ... online.
... today.

Membership Services   Jobs   Cars   Real Estate   Subscribe   Rentals   Classifieds

L.A. NOW   POLITICS   CRIME   EDUCATION   O.C.   WESTSIDE   NEIGHBORHOODS   ENVIRONMENT   OBITUARIES

Search



Email   Share                         Tweet   0                     0



**Direct Lending Carloans**
Trusted Site/Get Pre-approved Now? We Get u Driving Fast /Easy123

**Government RFPs & Bids**
Daily List of New Govt Contracts Register w/ BidSync for Free Today

# Stocking Stuffers: Payoffs, Kickbacks, Sweetheart Deals Abound in Sen. Reid's Gov't Takeover of Health Care



**Dec 22, 2009**

**Washington-**
Americans are still combing through all the sweetheart deals Senate Majority Leader Harry Reid (D-NV) made in order to jam through his government takeover of health care on the night before Christmas. To be fair, Washington Democrats are making it easier to sort out this calamity by rushing to take credit for all these payoffs, proving once again how out of touch they are with the everyday challenges Americans are facing. Sen. Reid actually took the shameless self-promotion a step further by saying "it doesn't speak well" of any senator who didn't secure a piece of the action.

House Republican Leader John Boehner (R-OH) blasted Sen. Reid's wheeling and dealing:

"Senate Democrats have sunk to plenty of new lows to jam through this government takeover of health care, but putting their votes on the auction block tops them all. Washington Democrats clearly cannot be trusted with hard-working taxpayers' money. My message to the American people is now is not the time to give up. Now is the time to speak out, more loudly and clearly than ever, against this monstrosity."

Following are just some of the payoffs and kickbacks Sen. Reid is forcing taxpayers to foot the bill for so he can increase health care costs, raise taxes, cut seniors' Medicare benefits, and put government bureaucrats in charge of medical decisions:

**Sen. Mary Landrieu's (D-LA) "Louisiana Purchase."** _____ reports: "It started with Mary Landrieu. When reports surfaced she had been swayed with a $100 million Medicaid deal just for Louisiana, she bragged it was actually $300 million. The deal was so notorious, Republicans gave it a name. 'We have new words in our lexicon, the Louisiana Purchase,' Sen. John McCain said."

**Sen. Ben Nelson's (D-NE) $100 Million "Cornhusker Kickback."** _____ reports: "Nebraska will receive $100 million in assistance for its Medicaid program under provisions in the Senate's healthcare bill negotiated by Sen. Ben Nelson (D)."

**Sens. Ben Nelson (D-NE) & Carl Levin's (D-MI) Sweetheart Deal for Nebraska/Michigan Insurance Companies.** _____ reports: "In addition to the Medicaid carve out, Sen. Ben Nelson (D-Neb.) negotiated an exemption from the insurance tax for non-profit insurers based in his state. The language was written in a way that only Mutual of Omaha Insurance Company, as well as Blue Cross Blue Shield nonprofit plans in Nebraska and Michigan, would qualify, according to a Democratic Senate aide."

**Sen. Chris Dodd (D-CT) Takes Credit for $100 Million Hospital Earmark.** The _____ reports: "A $100 million item for construction of a university hospital was inserted in the Senate health care bill at the request of Sen. Christopher Dodd, D-Conn., who faces a difficult re-election campaign his office said Sunday night."

**Sen. Roland Burris (D-IL) Inserts Provision for ACORN Funding.** The _____ reports: "Senator Roland Burris is claiming credit for a provision in Harry Reid's 'manager's amendment,' unveiled Saturday morning, that could funnel money to ACORN through the health care bill."

**Sens. Patrick Leahy (D-VT) Secures $600 Million Medicaid Kickback.** The _____ reports: "Sen. Patrick Leahy, D-Vt., negotiated $600 million in additional Medicaid benefits for his state over 10 years. He said Vermont is due the additional benefits because the state already has acted to expand Medicaid eligibility to the levels now contemplated by the federal government. Vermont would be unfairly penalized if other states are now being helped with that expansion, he said."

**Sen. Bernie Sanders (D-VT) Scores $10 Billion for Community Health Centers.** The _____ reports: "Sen. Bernie Sanders, I-Vt., who was angered after a new government-run health plan was dropped from the legislation to win over moderates like Nelson and Landrieu, held out on backing the bill until Reid, D-Nev., agreed to a $10 billion increase in support for community health centers."

**Sen. Bill Nelson (D-FL) Negotiates Special Deal for Florida Medicare Advantage Recipients.** The _____ reports: "Sen. Bill Nelson, D-Fla. pushed a provision he said will let about 800,000 Florida seniors enrolled in private Medicare Advantage plans keep their extra benefits. It also helps seniors in a handful of other states. Elsewhere, Medicare Advantage patients risk losing benefits because the private plans are a major target of planned cuts to Medicare."

**Sen. Max Baucus (D-MT) Scores Extra Medicare Benefits for Montana Residents.** The _____ reports: "Sen. Max Baucus, D-Mont., chairman of the Finance Committee and a key architect of the legislation, put in a provision to help the 2,900 residents of Libby, Mont. many of whom have asbestos-related illnesses from a now-defunct mineral mine. Under Baucus' provision, which never mentions Libby by name, sickened residents could sign up for Medicare benefits."

**Sen. Tom Harkin (D-IA) Wins More Medicare Funding for Iowa Hospitals.** The _____ reports: "One change won by Sen. Tom Harkin (D., Iowa) would increase Medicare payments to medium-size hospitals, including eight in his state. Mr. Harkin said such 'tweener' hospitals are short-changed by the current system."

**Sens. Byron Dorgan (D-ND) & Kent Conrad (D-ND) Win Higher Medicare Payments for Rural Hospitals.** The _____ reports: "The Senate health-care bill has been full of goodies handed out to buy/earn the vote of various senators. ... Byron Dorgan and Kent Conrad's higher Medicare payments to hospitals and doctors in the 'frontier counties' of Montana, North Dakota, South Dakota, Utah and Wyoming."

Search Injured Workers /

- 
- 

'A Road to Social Justice' for all Canadian Victims of Workers Compensation.

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 



# WCB Kickbacks and Payoffs to American Hospital Administrations running Alberta Hospitals

- Posted by          on December 17, 2011 at 1:46pm in
- 

## Friday, December 16, 2011

It occurred to me that obviously the                          is linked in some sort of kickback scheme for funding from the Workers Compensation Board of Alberta. How do I know this? Because there is no way that a doctor acting alone would be able to pull off "DENYING" access to seriously injured patients. He would have to be acting in full co-operation with the Hospital Administration staff. Why? Because in this way the Hospital can "earn"          bonuses for keeping          Claims artificially LOW.

And you know what? If they can get away with this for years @          in downtown Edmonton, they



# Corruption In Thailand - Bribes, Kickbacks, Payoffs And Dirty Deals - All Business As Usual

TravelinAsia

## Thailand And Corruption

Corruption exists in every society, and to think that it only happens in developing countries would be quite naive. The difference between the corruption in Western society and what you see in places like Thailand, is that the Thais generally accept it, therefore it is a lot more out in the open. It also makes it difficult for any politician to



point the finger at anyone else and accuse them of being corrupt, because almost all of them have paid and accepted bribes and kickbacks at one time or another. The most vocal of any Thai politician when it comes to issues of corruption, is
, the leader of The Rak Thailand Party. He is also a former brothel owner and pimp, who has admitted to paying bribes to police in the past, but has since claimed to have changed his ways.

In                                    , Khun Chuwit likened corruption in Thailand to the way Thai people share their food, as apposed to the way foreigners are more inclined to eat off their own plate. It seemed as if he was defending the ways of corruption in his country, however just over a year later, he is now making headlines for his attacks on corrupt police officers, underground casinos and even his former business of selling sex. Perhaps because of his background, or his wild theatrics, very few people actually take Chuwit seriously.

If he really wants to make a name for himself as a crusader against corruption in Thailand, there is no greater opportunity than to solve the latest mystery of alleged corruption within the government. Recently, a panel investigating permanent secretary for transport                                    has decided to scrap it's investigation, citing a lack of evidence. This leaves many questioning the origin of an alleged 200 million in cash found in the secretary's home, if Chuwit can solve this case, he would certainly put himself in the spotlight. Below is a detailed account of the events that uncovered this mysterious case of unexplained wealth.

# The United States of Mafia payoffs, kickbacks, and bribes

0    0              0                                          Get Republican alerts!

   Tweet                                                                      Sign up



This morning's vote in the Senate was a foregone conclusion but it was a reminder of what recently took place in the Senate to get us this far. Specifically, the questionably legality of the bribes offered by Senate Majority Leader Reid to wavering Democrats. Reid is orchestrating a federal take-over of health care in America by bribing US Senators with America's treasure, via China. Remember, this legislation will greatly increase the deficit and will be financed on the backs of our children and grand children, plain and simple.

There are still many obstacles to overcome before this legislation becomes law. Key differences in the House and Senate bills include whether or not to include a "Public Option", size and reach of new federal taxes, scope and penalty of employer and individual mandate, expansion of Medicaid entitlement, and taxpayer funding for abortion. Not to mention the rising unpopularity of any health care reform proposed by this Congress.

These obstacles are great but liberals in Congress have shown a willingness to step in line if the price is right. The bribes, kickbacks, and payoffs that Congress will be defiling America with in January will prove to be the beginning of the end for the liberals in Congress, for at least a while.

Searching for **kickbacks and payoffs**?

18 Meadow Dr, Red Hook, NY 12571

0    0              0                                                          Print

   Tweet                                                                       Report

Sep 07 12 01:28p    Microsoft                                          5187511801                          p.7
Case 2:10-cv-04165-ADS-ETB  Document 51-1   Filed 09/07/12   Page 7 of 14 PageID #: 496
bribes, kickbacks and payoffs > Maybe this will help



Sign up   Login                                         English

# bribes, kickbacks and payoffs

English translation: **Maybe this will help**

AMU Offers an Online Degree Program in Intelligence Studies. Apply Now. www.AMU.APUS.edu

Supporting Those Working to Improve Their Communities. See How. www.BankofAmerica.com

Trusted Site/Get Pre-approved Now? We Get u Driving Fast /Easy123 Directlendingonline.com

Ads by Google

or      (free and only takes a few minutes) to participate in this question.

You will also have access to many other tools and opportunities designed for those who have language-related jobs
(or are passionate about them). Participation is free and the site has a strict confidentiality policy.

**KudoZ™ translation help**

Overview

Ask a translation question

**Options:**

English term or phrase:

**See also:**

English translation:

Search millions of term translations

Entered by:

16:52 Dec 18, 2002

English term or phrase: **bribes, kickbacks and payoffs**

India

The whole sentence reads:

Local time: 22:37

Offering or accepting bribes, kickbacks and payoffs is illegal.

The above three words look like synonyms but there would certainly be some minute difference. I need to know the same in order to replace these with appropriate words in Hindi.
Could you kindly explain in detail the concept of all the three words which definitely have some difference in their meaning?

**Selected response from:**



Mexico

**Explanation:**
Bribe = money or any other valuable consideration given or promised with a view to

Sep 07 12 01:28p   Microsoft                              5187511801                      p.8
Case 2:10-cv-04165-ADS-ETB Document 51-1 Filed 09/07/12 Page 8 of 14 PageID #: 1062
Watching for Illegal Accounting Practices in Your Business - For Dummies   Page 1 of 2


Advertisement
I'm loving the *PointsPlus* program and the edge it's giving me. —Jennifer Hudson
Shop for Books & More
PointsPlus

# Watching for Illegal Accounting Practices in Your Business

By **John A. Tracy, CPA**
**4 of 11 in Series: The Essentials of Keeping Your Business Accounts**

Fraud, embezzlement, and misappropriation can occur in every size of business. Such illegal accounting practices require manipulation of a business's accounts. Keep your eyes open for these kinds of illegal accounting practices in your small business:

- **Sales skimming:** Not recording all sales revenue, to deflate the taxable income of the business and its owner.

- **Recording personal expenses through the business:** To make these expenses deductible for income tax.

- **Kickbacks and payoffs:** The purchasing managers in any size business can be tempted to accept kickbacks and under-the-table payoffs from vendors and suppliers.

    For example, if a business pays a bribe, it doesn't record the amount in a bald-faced account called "bribery expense." Rather, the business disguises the payment by recording it in a legitimate expense account (such as repairs and maintenance expense or, ironically, legal expense).

- **Money laundering:** Taking money from illegal sources (such as drug dealing) and passing it through a business to make it look legitimate — to give the money a false identity.

    This money can hardly be recorded as "revenue from drug sales" in the accounts of the business. If an employee embezzles money from the business, he has to cover his tracks by making false entries in the accounts or by not making entries that should be recorded.

Manipulating accounts to conceal fraud, illegal activities, and embezzlement is generally called *juggling the accounts*. Another term you probably have heard is *cooking the books*. Although this phrase is sometimes used in the same sense of juggling the accounts, *cooking the books* more often refers to deliberate accounting fraud, in which the main purpose is to produce financial statements that tell a better story than are supported by the facts.

When the accounts have been juggled or the books have been cooked, the financial statements of the business are distorted, incorrect, and misleading. Creditors who end up suffering losses have legal grounds to sue the business for damages suffered. And the IRS is on constant alert for fraud in federal income tax returns. Remember: Income tax evasion is a felony.

Dummies Recommends

How Much Exercise Is Enough for Weight Loss?

The Essentials of Fantasy Football - For Dummies

How to Overseed Your Lawn

How to Monitor Scheduled Defrags in Windows Vista

Fantasy Football Mistakes to Avoid

[?]

From Around the Web

America's Five Best Football Towns (Away.com)

Miley Cyrus' Itty Bitty Workout Outfits (Zimbio)

6 Tricks for Small Kitchens (Cultivate)

Teen Girl Allegedly Gang Raped on Cruise Vacation Knew Just How to Punish Her Abusers (CafeMom)

Billionaires Dump Stocks – 100% Chance of Global Recession (NewsmaxWorld.com)

Dez Bryant Returns To Practice And Could Soon Be Returning Punts (Atlanta Blackstar)

[?]

Copyright © 2012 & Trademark by John Wiley & Sons, Inc. All rights reserved.



# Wal-Mart (WMT)

## Bribes, Kickbacks, Or Payoffs

This excerpt taken from the _____ filed Jan 26, 2005.

*Bribes, Kickbacks, Or Payoffs*

The U.S. Foreign Corrupt Practices Act, other U.S. laws, and similar laws of other countries, prohibit you, on behalf of Wal-Mart, from directly or indirectly making, promising, authorizing or offering anything of value to a government official or employee, political party, or any candidate for political office. A governmental official includes any person acting in an official capacity on behalf of a government, agency, department or instrumentality, such as a business with government ownership (e.g., a national oil company).

**Things to Remember!**

- Local practice or custom in a foreign country does not excuse compliance with the Foreign Corrupt Practices Act. If you have questions, contact the Legal Department before you act.

- For additional information see the International Anti-Corruption Policy, CR-01.

Bet you've never seen portfolio analytics like these.
Introducing SigFig — from the creators of

Case 2:10-cv-04165-ADS-ETB  Document 51-1  Filed 09/07/12  Page 11 of 14 PageID #: 1492
Kickbacks and Payoffs in the 1930's - New York Times                                                                      Page 1 of 2

**The New York Times**                    **Archives**                    Search All NYTimes.com

ADS BY GOOGLE



- Tape made with plant-based adhesive
- Dispenser and core made with 100% recycled plastic









**More Like This**

**Find More Stories**

# Kickbacks and Payoffs in the 1930's

ALTHOUGH Connecticut has never impeached a governor, it came close to impeaching a lieutenant governor — from Waterbury, of all places — in the 1930's.

Lt. Gov. T. Frank Hayes, a Democrat, served part time as lieutenant governor and had a day job as the "reform mayor" of Waterbury, as he liked to call himself. That job gave him a seven-year opportunity to loot the city treasury of millions of dollars with the help of Daniel Leary, his comptroller; Thomas Kelly, the mayor's executive secretary; and Carl Olsen, the vice president of a small bank that provided money-laundering services.

In 1937, with the city's solvency being questioned, voters re-elected Mayor Hayes by a very slim margin, but Mr. Leary, the comptroller, lost by just 33 votes to Sherwood Rowland, a Republican, who would become grandfather to Gov. John G. Rowland.

It took Mr. Rowland only two weeks to discover his predecessor had cooked the books to hide kickbacks and other payoffs made to the mayor, Mr. Leary, Mr. Kelly and their banker.

ADS BY GOOGLE





SIGN IN TO E-MAIL  
PRINT  
SINGLE-PAGE

According to an account by the governor of Connecticut at the time, Wilbur Cross, in his 1943 autobiography "Connecticut Yankee," a lawyer paid $126,000 to lobby for lower electric rates, cashed his check in Mr. Olsen's bank, received $20,000 and kicked back $106,000 to the four partners. An entrepreneur who owned no trucks received $75,000 to rent trucks to the city and returned most of the money, as did a broker who earned $191,000 to help the city sell bonds and obtain credit in New York City for all of two weeks.

A grand jury was convened and indicted the four and 19 confederates, described in the jury's findings as "a powerful, ruthless and corrupt group of men who had managed the affairs of the city for personal financial gain."

Governor Cross quickly asked his lieutenant governor to resign.

"Even the suggestion awakened his indignation," Mr. Cross wrote. "All of the charges against him have no foundation in fact. He was not responsible for acts in which he took no part, he said. The trial, which he hoped would come soon, would exonerate him. All of this was spoken with the air of an honest man whose honor is hurt."

The governor said he and legislative leaders carefully considered calling a special session of the Legislature to impeach Mr. Hayes, but it was unanimously agreed impeachment could interfere with Mr. Hayes's coming trial.

ADS BY GOOGLE

Free 5 Year Service Plan Nemith Nissan 518-867-3400

Case 2:10-cv-04165-ADS-ETB  Document 51-1  Filed 09/07/12  Page 12 of 14 PageID #:1500
Zeroing in on Bribes, Kickbacks and Payoffs(Classroom-Day) 9/4/12 8950G    Graduate SchoolPage 1 of 2

## Zeroing in on Bribes, Kickbacks and Payoffs(Classroom-Day)

**CODE:** AUDT8950G
**TYPE:** Classroom-Day
**LENGTH:** 2 Day(s)
**CREDITS:** 16 CPE

| | | | |
|---|---|---|---|
| December 12 - 13, 2012<br>08:30 - 16:30<br>Days Offered: WED-THU | | Graduate School at Capital Gallery<br>600 Maryland Ave., S.W.<br>L'Enfant Plaza Metro Stop<br>Washington, DC, 20024<br>(7th and Maryland Avenue exit). | $745 |
| February 26 - 27, 2013<br>08:30 - 16:30<br>Days Offered: TUE-WED | Instructor: Zacchea Nicholas | San Francisco, CA<br>San Francisco, CA | $745 |
| July 16 - 17, 2013<br>08:30 - 16:30<br>Days Offered: TUE-WED | | Dallas, TX<br>Dallas, TX, 45202 | $745 |

**Instructor Bios:**

Zacchea Nicholas – Dr. Zacchea has a bachelor's in accounting, master's in management, doctorate in economics, and over 30 years of audit and investigative experience. While with the U.S. Government Accountability Office (GAO) he served as Director, Technical Assistance Group; Coordinator, Special Investigations; and Instructor, GAO Training Institute. Other government service includes Director, Office of Enforcement, U.S. Department of Energy, and Instructor, International Organization of Supreme Audit Institutions.

He was Chief Auditor, UN Peacekeeping Mission in Haiti, and has consulted with and conducting training in audit and forensic audit skills, financial management, and organizational development for the UN, World Bank, Asian Development Bank, USAID, and several major public accounting firms.

He taught at the New School University, University of Maryland, and New York University, and publishes articles on auditing, and conducts professional seminars. He is a CGFM and CFE.

**Overview:**

The potential for bribes, kickbacks and payoffs, whether in the private or public sector, is inherent in virtually every business transaction. Recent research conducted by a major financial institution revealed that an estimated one trillion dollars a year is paid in bribes worldwide. Audit standards require that all audits be planned to provide a reasonable assurance of detecting fraud if it has occurred. Learn to recognize corruption indicators (i.e., bribes, kickbacks and payoffs) in the procurement area. Through case studies, discern what evidence to collect to show that a bribe, kickback or payoff may have occurred. Learn (a) the provisions of law pertaining to fraud and corruption in the forms of bribes, kickbacks and payoffs; (b) activities that are particularly susceptible to such forms of fraud; (c) the short- and long-term impact; and (d) the methods used to make illegal payments.

**Who Should Attend?**

Experienced auditors and investigators who are interested in enhancing their ability to detect corruption while conducting an audit.
Level:

**Objectives:**

- Describe the kinds of activities that are susceptible to bribes, kickbacks and payoffs
- Determine the impact and effects of bribes, kickbacks and payoffs
- Discuss the *Government Auditing Standards* requirement to explicitly consider the potential for fraud in audit planning



- Describe how bribes, kickbacks and payoffs occur, including the audit trails they create and how the trails can be followed
- Identify and collect evidence to demonstrate and document that a bribe, kickback or payoff may have occurred or has occurred
- Apply techniques to assess radical and unexplained changes in an individual's lifestyle that may indicate participation in a bribe, kickback or payoff scheme
- Use analytic audit techniques to detect bribery, kickbacks or payoff schemes

**Outline:**

