***ROBERT L. ARLEO, ESQ.***
380 Lexington Avenue
17th Floor
New York, N.Y.  10168

Telephone: (212) 551-1115                                                                                   Fax: (518) 751-1801
Email: r.arleo@verizon.net

January 24, 2013

Honorable Arthur D. Spatt
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York   11722-9014

               Re:  Corpac v. Rubin & Rothman, LLC et al.
                    10-cv-4165

Dear District Judge Spatt:

   I am corresponding in regard to the Memorandum of Decision and Order ("MDO") dated today, January 24, 2013 and issued by Your Honor (Dkt. No. 54).  Page 19 therein, final paragraph, states "The only conduct that seriously concerned the Court was the allegations by Horn and Arleo concerning "kickbacks" by Bromberg." As confirmed by other positions of the MDO I was not a party to this allegation against Mr. Bromberg. I respectfully request that Your Honor issue a correction thereof for the benefit of the docket.

                                          Respectfully submitted,

                                          /  s  /  *Robert L. Arleo*

                                          Robert L. Arleo

RLA:gra
cc:  William F. Horn, Esq. via email
     Brian Bromberg, Esq. via email
     Matthew Schedler, Esq. via email