**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOHN T. CORPAC, an individual, on behalf of
himself and all others similarly situated,

                Plaintiffs,

      -v-

RUBIN & ROTHMAN, LLC, a New York
Limited Liability Company; and JOHN AND
JANE DOES NUMBERS 1 THROUGH 25.

                Defendants.
-----------------------------------------------------------X

**ORDER**
10-CV-4165 (ADS) (ETB)

**SPATT, District Judge.**

      On April 20, 2013, the Court issued a Preliminary Approval Order in this case, which set certain provisions and deadlines. On April 23, 2013, the Defendant Rubin & Rothman LLC ("the Defendant"), on behalf of itself and of the Plaintiff, wrote a letter to the Court requesting that the Court stay the provisions and deadlines of the April 20, 2013 Order granting preliminary approval. In this regard, the Parties recommend that "the Court [] adopt a two-step objection process whereby the first step requires the Objector [Patrick Sejour] who is now before the Court to present all objections he may have to the Parties' amended class settlement prior to Defendant mailing notice to the class; the second step would allow all other class members an opportunity to object during the notice period after the class notice is mailed." (Dkt. No. 76.) On April 24, 2013, the Objector filed a letter with the Court in which he asserted that "a two-step objection system is improper and would result in the Court making a decision without all of the relevant information[,]" "[b]ecause information gathered from sending the class notice is necessary to making a determination about fairness." (Dkt. No. 77.)

      Notwithstanding the Objector's argument, the Court finds a two-step objection process to

be appropriate in this case. As such, the Court stays all provisions and deadlines of the April 20, 2013 Order. The Court directs the Objector to present all of its objections to the amended class settlement within 15 days of the date of this Order. The Parties are permitted 15 days to respond to the Objector's objections and the Objector is permitted 7 days to reply. The dates of the present preliminary approval order will be reset, if necessary, upon the Court's disposition of the Objector's objections.

**SO ORDERED.**

Dated: Central Islip, New York
April 26, 2013

                                                                                   _/s/ Arthur D. Spatt_
                                                                                 ARTHUR D. SPATT
                                                                   United States District Judge