UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN T. CORPAC, an individual; on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUBIN & ROTHMAN, LLC, a New York Limited Liability Company; and JOHN AND JANE DOES NUMBERS 1 THROUGH 25,<br><br>　　　　Defendants. | No. 10-CV-4165 (ADS)(ETB) |

**Declaration of Plaintiff's Attorney Matthew Schedler in Further Support of Patrick Sejour's Objections**

Under 28 U.S.C. § 1746, I, Matthew Schedler, do hereby declare under penalty of perjury, that the following is true and correct:

1.　I am a Staff Attorney at CAMBA Legal Services, Inc.

2.　I am submitting this declaration in support of the memorandum of law in further support of Patrick Sejour's objections.

3.　I am attaching as Exhibit 1 a copy of the complaint in *De La Paz v. Rubin & Rothman, LLC*, Case No. 11-cv-09625(ER)(GAY)(S.D.N.Y.).

4.　I am attaching as Exhibit 2 a copy of the settlement agreement in *De La Paz v. Rubin & Rothman, LLC*, Case No. 11-cv-09625(ER)(GAY)(S.D.N.Y.).

2

  5.  I am attaching as <u>Exhibit 3</u> a copy of the letter from Robert Arleo Esq. in *Tito v. Rubin & Rothman, LLC*, Case No. 12-cv-3464(RRM)(JMA)(E.D.N.Y.). seeking a stay of that action.

Dated: Brooklyn, New York
   May 10, 2013

             <u>/s/ Matthew Schedler</u>
             Matthew Schedler