UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN T. CORPAC, an individual; on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RUBIN & ROTHMAN, LLC, a New York Limited Liability Company; and JOHN AND JANE DOES NUMBERS 1 THROUGH 25,<br><br>Defendants. | No. 10-CV-4165 (ADS)(ETB) |

<u>Notice of Withdrawal of Michael N. Litrownik</u>

PLEASE TAKE NOTICE that Michael N. Litrownik hereby withdraws from this action as he is no longer associated with Bromberg Law Office, P.C. Brian L. Bromberg and Matthew Schedler will continue to represent Objector Patrick Sejour.

Dated: June 5, 2013                      Respectfully submitted,

<u>/s/ Michael N. Litrownik</u>
Michael N. Litrownik (ML7213)
496 Hudson Street, Apt. 7
New York, NY 10014
Phone: (917) 573-8086
Email: Mike.Litrownik@gmail.com

<u>Certificate of Service</u>

I hereby certify that on June 5, 2013, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of this Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Dated: June 5, 2013

<u>/s/ Michael N. Litrownik</u>
Michael N. Litrownik (ML7213)
496 Hudson Street, Apt. 7
New York, NY 10014
Phone: (917) 573-8086
Email: Mike.Litrownik@gmail.com