

Thomas A. Leghorn
212.915.5234 (direct)
Thomas.Leghorn@wilsonelser.com

July 1, 2013

Via ECF

Hon. Arthur D. Spatt
United States District Judge
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722

      Re:    Corpac v. Rubin & Rothman, LLC
               Docket No.: 2:10-cv-04165 (ADS)(ETB)
               Our File No: 11817.00002

Dear Judge Spatt:

    I am counsel to defendant Rubin & Rothman, LLC in the captioned matter.

    The court recently entered an order allowing the parties until July 2nd to respond to the Objector's amended objections. There are certain issues raised therein which I have been able to address but the objections raised points in connection with two litigations in which I am not counsel, the Tito and De la Paz litigations. In the present action, I became counsel when the court entered an order directing that Robert Arleo be substituted out of the case. Mr. Arleo is the attorney handling those other matters.

    It has become clear that the responses needed are within Mr. Arleo's personal knowledge as opposed to my own. I am therefore requesting the court enter an order permitting me to submit an affidavit from Mr. Arleo in response to the Objections. The Court's prior order as to Mr. Arleo has been adhered to in all respects and Mr. Arleo has no present role in the defense of this action.

Respectfully Submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

Thomas A. Leghorn

cc:    <u>via ECF</u>:
        William F. Horn
        Brian Bromberg

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

wilsonelser.com

5612030v.1