# B**romberg** L**aw** O**ffice**, **P.C.**

| | |
|---|---|
| Brian L. Bromberg (Admitted in NY & CA) | 40 Exchange Place, Suite 2010 |
| Jonathan R. Miller, Associate (Admitted in NY & MO) | New York, NY 10005 |
| | Phone: (212) 248-7906 |
| | Fax:    (212) 248-7908 |

August 12, 2013

<u>Via ECF & First Class Mail</u>
Honorable Arthur D. Spatt, U.S.D.J.
U.S. District Judge
P.O. Box 9014
Central Islip, NY 11722

      Re:    <u>*Corpac v. Rubin & Rothman, LLC*</u>, No. 10-cv-4165 (ADS)(GRB)

Dear Judge Spatt:

My office, together with CAMBA Legal Services, represents Patrick Sejour, an objector in the above-referenced class action filed under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*.

I am writing to respond to the letter of William F. Horn, dated August 12, 2013, in which he requests permission to submit a sur-reply on numerous issues that he claims were raised for the first time in the Objector's reply papers.

There is, however, no basis for a sur-reply on any issue other than the letter submitted by the Legal Aid Society of New York. This is for two reasons. First, the Objector's *de minimis* argument was raised in reply to the Parties' argument that a potentially nominal recovery should be used as a basis for giving nothing to the class members. There is no basis for a sur-reply when the issue was raised in response to the Parties' opposition papers.

Second, with respect to the letter from the Legal Aid Society, the Objector does not oppose the Parties' request to respond. (The Court should note, however, that the letter from the Legal Aid Society was first sent to the Court independently of the Objector's papers.)

Respectfully,

/s/ Brian L. Bromberg

Brian L. Bromberg

cc:    William Horn, Esq. (Via ECF)
        Thomas Leghorn, Esq. (Via ECF)
        Joseph Francoeur, Esq. (Via ECF)
        Joseph Latona, Esq. (Via ECF)
        Matthew Schedler, Esq. (Via ECF)

**Certificate of Service**

      I, Brian L. Bromberg, an attorney, hereby certify that on August 12, 2013, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

William Horn, Esq.
Thomas Leghorn, Esq.
Joseph Francoeur, Esq.
Joseph Latona, Esq.
Matthew Schedler, Esq.

Dated: New York, New York
       August 12, 2013

                                                <u>/s/ Brian L. Bromberg</u>
                                                Brian L. Bromberg