

# CAMBA
Legal Services

Matthew Schedler, Esq.
Supervising Attorney, Consumer Law Project
CAMBA Legal Service, Inc
885 Flatbush Ave. 2nd Floor
Brooklyn, NY 11226
Phone: 718-940-6311 ext. 79284

October 8, 2014

Hon. Arthur D. Spatt, U.S.D.J.
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

      Re: *John T. Corpac, et. al. v. Rubin and Rothman, LLC*
      U.S. District Court E.D.N.Y. Case No. 2:10-CV-04165-ADS-ETB

Dear Senior Judge Spatt:

    Together with the Law Office of Brian Bromberg, I represent Patrick Sejour, an objector in *John T. Corpac, et. al. v. Rubin and Rothman, LLC*.

    Recently, Rubin and Rothman made an offer of settlement to Mr. Sejour in exchange for withdrawing his objection. Mr. Sejour has accepted this offer. The settlement documents have not been drafted or discussed in detail. However, we did want to make sure the court was aware of this development.

    Respectfully submitted,

Matthew Schedler

cc: via ECF
Thomas Leghorn
William Horn
Brian Bromberg