

Thomas A. Leghorn
212.915.5234 (direct)
Thomas.Leghorn@wilsonelser.com

December 12, 2014
Via ECF and Regular Mail

Hon. Arthur D. Spatt
United States District Judge
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722

    Re:   Corpac v. Rubin & Rothman, LLC
           Docket No.: 2:10-cv-04165 (ADS)(ETB)
           Our File No: 11817.00002

Dear Judge Spatt:

    I am counsel to defendant Rubin & Rothman, LLC in the captioned matter.

    By your order of November 20, 2014 you directed the parties to file a joint status report by December 4th. The time to update the Court on our progress on the settlement with the Objector was extended through today.

    The last term of the settlement with the Objector was resolved this week but due to the schedules of the parties we have yet to memorialize it in a signed document. I fully expect that the agreement will be in place within the next two weeks and the settlement can proceed at that time.

Respectfully Submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

Thomas A. Leghorn

cc:   <u>via ECF</u>:
      William F. Horn
      Brian Bromberg

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

wilsonelser.com

5502926v.1
6457198v.1