# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg (Admitted in NY & CA)                          26 Broadway, 21st Floor
Jonathan R. Miller, Associate (Admitted in NY & MO)             New York, NY 10004
                                                                Phone: (212) 248-7906
                                                                Fax:    (212) 248-7908

February 23, 2015

<u>Via ECF & First Class Mail</u>
Honorable Arthur D. Spatt, U.S.D.J.
U.S. District Judge
P.O. Box 9014
Central Islip, NY 11722

   Re: *Corpac v. Rubin & Rothman, LLC,* No. 10-cv-4165 (ADS)(GRB)

Dear Judge Spatt:

My office, together with co-counsel, CAMBA Legal Services, Inc., represents the
objector, Patrick Sejour, in the above-referenced case.

I am writing to advise the Court that Mr. Sejour has reached agreement with the
parties to withdraw his objections to the settlement. In exchange for a payment of
an agreed sum to Mr. Sejour and payment of an agreed sum in attorneys' fees and
costs to his attorneys, Bromberg Law Office, P.C. and CAMBA Legal Services, Inc.,
Mr. Sejour hereby withdraws his objections.

Furthermore, last week, Mr. Sejour stipulated with the parties to these amounts
(which we are prepared to disclose upon request). Therefore, Mr. Sejour no longer
needs to file a fee petition.

Respectfully,

Brian L. Bromberg

cc: William Horn, Esq. (Via ECF)
  Thomas Leghorn, Esq. (Via ECF)
  Joseph Francoeur, Esq. (Via ECF)
  Matthew Schedler, Esq. (Via ECF)

## Certificate of Service

I, Brian L. Bromberg, an attorney, hereby certify that on February 23, 2015,

the foregoing document was filed with the Clerk of the Court and served in

accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's

Local Rules, and/or the Eastern District's Rules on Electronic Service upon the

following parties and participants:

William Horn, Esq.
Joseph Francoeur, Esq.
Joseph Latona, Esq.
Matthew Schedler, Esq.

Dated: New York, New York
      February 23, 2015

                                        Brian L. Bromberg