# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg (Admitted in NY & CA)  
Jonathan R. Miller, Associate (Admitted in NY & MO)

26 Broadway, 21st Floor  
New York, NY 10004  
Phone: (212) 248-7906  
Fax:     (212) 248-7908

February 23, 2015

<u>Via ECF & First Class Mail</u>  
Honorable Arthur D. Spatt, U.S.D.J.  
U.S. District Judge  
P.O. Box 9014  
Central Islip, NY 11722

      Re:   <u>*Corpac v. Rubin & Rothman, LLC*, No. 10-cv-4165 (ADS)(GRB)</u>

Dear Judge Spatt:

My office, together with co-counsel, CAMBA Legal Services, Inc., represents a new objector in the above-referenced case.

I am writing to advise the Court that we have just today been retained by Ms. Casilda M. Aybar to object to the proposed settlement in the above-referenced case. The bases for the objections are the same as those we briefed in connection with Patrick Sejour. To save the parties the costs of administration, we request that Your Honor stay the obligation to send class notice and set a schedule for briefing Ms. Aybar's objections. In the alternative, because Ms. Aybar's briefing will be substantively the same as Mr. Sejour's briefing, the Court may wish to rely on the documents already on file.

Respectfully,

*/s/ Brian L. Bromberg*

Brian L. Bromberg

cc:    William Horn, Esq. (Via ECF)  
        Thomas Leghorn, Esq. (Via ECF)  
        Joseph Francoeur, Esq. (Via ECF)  
        Matthew Schedler, Esq. (Via ECF)

## Certificate of Service

I, Brian L. Bromberg, an attorney, hereby certify that on February 23, 2015, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

William Horn, Esq.
Joseph Francoeur, Esq.
Joseph Latona, Esq.
Matthew Schedler, Esq.

Dated: New York, New York
       February 23, 2015

_____
Brian L. Bromberg