# Exhibit A

**Brian L. Bromberg**

| | |
|---|---|
| **From:** | Galdamez, Ana <Ana.Galdamez@wilsonelser.com> |
| **Sent:** | Wednesday, October 01, 2014 5:25 PM |
| **To:** | 'Brian L. Bromberg (brian@bromberglawoffice.com)' |
| **Cc:** | Leghorn, Thomas A.; Galdamez, Ana |
| **Subject:** | Corpac v. Rubin & Rothman, LLC - Docket No. 10-cv-4165 - Our File No. 11817.00002 |
| **Attachments:** | Ltr. to Brian Bromberg re settlement.PDF |

| | |
|---|---|
| **Importance:** | High |

Dear Mr. Bromberg:

On behalf of Thomas A. Leghorn, attached please find correspondence in connection with the above-captioned matter.  Thank you.


Ana Galdamez
Legal Secretary
Wilson Elser Moskowitz Edelman & Dicker LLP
150 E 42nd Street
New York, NY 10017
212.915.5537 (Direct)
212.490.3000 (Main)
212.490.3038 (Fax)
ana.galdamez@wilsonelser.com

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.
Thank you.



WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

**Thomas A. Leghorn**
212.915.5234 (direct)
Thomas.Leghorn@wilsonelser.com

October 1, 2014

<u>**Via E-Mail and Regular Mail**</u>

Brian L. Bromberg, Esq.
Bromberg Law Office, P.C.
40 Exchange Place, Suite 2010
New York, New York  10005

      Re:     *Corpac v. Rubin & Rothman, LLC*
             Docket No.: 10-cv-4165
             <u>Our File No: 11817.00002</u>

Dear Mr. Bromberg:

I am writing to you in connection with your representation of Patrick Sejour, objector to the proposed class settlement in  the captioned matter.

A few weeks back we spoke and I raised the possibility of a separate settlement with your client.  During the course of the call you stated that your client was not interested and that you had so advised my predecessor counsel, Robert Arlea, of such before my involvement.

The purpose of this letter is to set forth a definitive offer of settlement.  My clients are prepared to pay Mr. Sejour the sum of $10,000.00 with reasonable attorney fees to be set by the court.  This offer is made because it is our belief that the settlement pending before the Court is both generous to the class and likely for more than can be secured through litigation.  In fact, it is our belief that if we were forced to litigate this case that we would prevail.  The offer to allow the Court to set the fee award is intended to remove any conflict between the interests of your client and your own financial interest.

Your objection has delayed this settlement for many months and we would like to bring the case to a  final complete conclusion.  So there is no doubt, this offer is for the objection to be withdrawn by your client and for my client to be provided a full release.

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

**wilsonelser.com**

6361466v.1



Please present this offer to your client and advise me of his response.

Respectfully Submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

Thomas A. Leghorn

TAL:alg