UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN T. CORPAC, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RUBIN & ROTHMAN, LLC, a New York Limited Liability Company; and JOHN AND JANE DOES NUMBERS 1 THROUGH 28<br><br>Defendant. | No. 10-CV-4165(ADS)(GRB) |

**Notice of Appeal**

Notice is hereby given that objector, CASILDE M. AYBAR appeals to the United States Court of Appeals for the Second Circuit from the following: (1) the Memorandum and Order of the Honorable Arthur D. Spatt, United States District Judge, filed on January 26, 2015, granting the parties' Amended Preliminary Approval Order (Docket No. 112) 2) the Minute Order granting the parties' motion to certify the class and granting final approval to the parties' Class Settlement Agreement and Release, filed April 30, 2015 (Docket No. 126), for the reasons given in the Memorandum and Order and (3) the Final Approval Order, dated May 7, 2015, confirming the certification in the preliminary approval order, dismissing the action, closing the case, and ordering and adjudging and approving the parties' Class Settlement Agreement and Release, approving disbursement of a *cy pres* payment in the amount of $25,000 to the Legal Aid Society of New York – with no money going to the Class Members' whose rights are being released –

1

and approving the award of attorneys' fees and costs to Settlement Class Counsel in the amount of $117,200 (Docket No. 130). Copies of the Orders and Judgment appealed from are attached as Exhibits A, B, and C.

Dated: Brooklyn, New York
May 28, 2015

                Respectfully Submitted,

                CAMBA Legal Services, Inc.

                _____
                Matthew A. Schedler

Attorney for Objector
Matthew Schedler
CAMBA Legal Services, Inc.
885 Flatbush Avenue, 2nd Floor
Brooklyn, NY 11226
Tel: (718) 940-6311
Fax: (718) 287-1719
Email: matthewsc@camba.org

Attorney for the Plaintiff
William F. Horn
Law Office of William F. Horn
188-01B 71 Crescent
Fresh Meadows, NY 11365
Tel: (718)-785-0543
Fax: 866-596-9003
Email: bill@wfhlegal.com

Attorney for the Defendant
Thomas A. Leghorn
Wilson, Elser, Moskowitz, & Dicker, LLP
150 East 42nd Street
New York, NY 10017
Tel: (212)-490-3000
Fax: (212)-490-3038
Email: Thomas.Leghorn@wilsonelser.com